**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1684**

———————

DONALD H. KIMBALL,

        Plaintiff - Appellant,

    v.

DAVID N. KIMBALL,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, Senior District Judge.  (2:24-cv-00420-AWA-RJK)

———————

Submitted:  July 23, 2026                            Decided:  July 27, 2026

———————

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald H. Kimball, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald H. Kimball appeals the district court's order dismissing his civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.*  Accordingly, we affirm the district court's order.  *Kimball v. Kimball*, No. 2:24-cv-00420-AWA-RJK (E.D. Va. May 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Our review of the record provides no colorable support for Kimball's allegations of judicial bias.  Kimball's challenges to the constitutionality of 28 U.S.C. § 1915(e)(2)(B) also lack merit.  *See Vanderberg v. Donaldson*, 259 F.3d 1321, 1323-24 (11th Cir. 2001).